**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICK K. PIERCE,<br><br>Defendant. | PO-23-5064-GF-JTJ<br><br>VIOLATIONS:<br>E1728316<br>E1728317<br>E1728318<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $780 ($750 and a $30 processing fee) for violation number: E1728316. The total fine amount will be paid in full on or before January 31, 2024. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that violations E1728317 and E1728318 are **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for October 19, 2023, is **VACATED.**

DATED this 22nd day of September, 2023.

_____
John Johnston
United States Magistrate Judge